UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEONARD MAYARD ET AL | CIVIL ACTION NO. 19-cv-0761 |
| VERSUS | JUDGE JUNEAU |
| ST JUDE MEDICAL INC ET AL | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Complaint filed by defendants St. Jude Medical, LLC and Pacesetter, Inc. [Doc. 8], being well-grounded in law and fact, is GRANTED, and all claims against these defendants, including the claim for attorneys' fees under the LPLA, are DENIED AND DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of January, 2020.

**MICHAEL J. JUNEAU**
**UNITED STATES DISTRICT JUDGE**